USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SESL RECOVERY, LLC,

                        Plaintiff,

      -against-

DEUTSCHE BANK SECURITIES INC.,
                       Defendant.
-----------------------------------------------------------X

16 **MD** 2742 (PKC)
19 **CIVIL** 3286 (PKC)
19 **CIVIL** 4126 (PKC)
## **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 13, 2019, Deutsche Bank's motion to withdraw the reference is GRANTED. (19 Civ. 4126, Docket # 1). Case number 19 Civ. 3286 is re-opened and case number 19 Civ. 4126 is closed.

**Dated:** New York, New York
         June 14, 2019

                                          **RUBY J. KRAJICK**

                                          Clerk of Court

             BY:

                                          **Deputy Clerk**